Chicago Title and Trust Company, Trustee, Appellee, v. 1146 Milwaukee Avenue Building Corporation et al., Appellees. Don F. Fabis, Appellant.

Gen. No. 41,943.

Heard in first division, first district, this court at October term, 1941; opinion filed June 1, 1942. McKinley, Price & Quindry and Harold Rivkin, for appellant; Kelly & Cohler, for certain appellee; Pritzker & Pritzker and A. E. Peterson, for certain other appellee. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."